**FILED**

APR - 4 2006

JACK L. WAGNER, CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          **DEPUTY CLERK**

1  McGREGOR W. SCOTT
   United States Attorney
2  COURTNEY J. LINN
   Assistant U.S. Attorneys
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11  UNITED STATES OF AMERICA,        )
                                     )
12              Plaintiff,           )    2:06 - SW - 0074   KJM
                                     )
13      v.                           )
                                     )    [PROPOSED] SEALING ORDER
14  IN RE MATTER OF SEIZURE          )
    WARRANT FOR CERTAIN FUNDS        )
15                                   )
    _____    )
16

17      For good cause shown in ¶ 38 of the affidavit of Chris

18  Fitzpatrick, Special Agent, IRS-CI, in support of the seizure

19  warrant issued in the above-captioned matter(s), the Court orders

20  that such affidavit be, and the same hereby is, SEALED pending

21  further order of the Court.

22      IT IS SO ORDERED.

23

24  DATED: 4/3/06

25                                  KIMBERLY J. MUELLER
                                    UNITED STATES MAGISTRATE JUDGE
26

27

28

**SEALED**