1  McGREGOR W. SCOTT
   United States Attorney
2  COURTNEY J. LINN
   Assistant U.S. Attorneys
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )    2:06-SW-0074 KJM
                                  )
12           Plaintiff,           )    **EX PARTE APPLICATION TO UNSEAL**
                                  )    **AFFIDAVIT FOR SEIZURE WARRANT**
13      v.                        )    **ORDER**
                                  )
14 IN RE MATTER OF SEIZURE        )
   WARRANT FOR CERTAIN FUNDS      )
15                                )
                                  )
16 _____)

17              **EX PARTE APPLICATION**

18      On April 3, 2006, this Court ordered the sealing of the

19 application and affidavit for seizure warrant in support of the

20 seizure warrant issued in the above-captioned matter.  A search

21 warrant was executed in the parallel criminal investigation last

22 Friday, and thus there is no longer cause for the documents in

23 this case to remain sealed.  Accordingly, the Government

24 respectfully requests that the affidavit for seizure warrant

25 ///

26 ///

27 ///

28 ///

issued in this matter be unsealed.

Dated: __4/11/06__                          Respectfully submitted,

                                            McGREGOR W. SCOTT
                                            UNITED STATES ATTORNEY


                                             /s/ Courtney J. Linn
                                            COURTNEY J. LINN
                                            Assistant U.S. Attorney



                                    **ORDER**

     Upon application of the Government, and good cause appearing

therefore, IT IS HEREBY ORDERED that the Affidavit for Seizure

Warrant in this matter be unsealed.

Dated: April 12, 2006.



                        UNITED STATES MAGISTRATE JUDGE