1  McGREGOR W. SCOTT
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  555 Capitol Mall, Suite 1550
   Sacramento, California 95814
4  Telephone: (916) 554-2792



**FILED**

MAY 30 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 06-SW-0074 KJM |
|---|---|---|
| Plaintiff, | ) | ORDER UNSEALING DOCUMENTS |
| v. | ) | |
| SUSAN MICHELLE PRUETT, and KENNETH RICHARD PRUETT, | ) | |
| Defendants. | ) | |

Good cause appearing therefor, it is hereby ordered that the April 3, 2006 affidavit in support of seizure warrant and all related documents in Case No. 06-SW-0074 KJM shall be unsealed.

DATED: May 30, 2006

_____
KIMBERLY J. MUELLER
United States Magistrate Judge